CHARLES J. RIGGS v. TOWNSHIP OF LONG BEACH.

May 24, 1985.

Petition for certification granted.

FRED S. NOLAN v. OTIS ELEVATOR COMPANY.

May 24, 1985.

Petition for certification granted. (See 197 *N.J.Super.* 468)

ROSLYN WITT v. COLONIAL PENN INSURANCE CO.

May 24, 1985.

Petition for certification denied.